**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 14-2089**

---

COURTNAY T. BRISSETT; LADWIN BRISSETT,

Plaintiffs - Appellants,

v.

WELLS FARGO BANK, N.A.; PATRICIA R. CALLAHAN; CHICAGO TITLE
INSURANCE COMPANY; CAROLINA EAST REALTY, a/k/a Carolina East
Realty, LLC; TRIPP BLADFORD, a/k/a Royston D. Blandford,
III,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Greenville. James C. Dever, III,
Chief District Judge. (4:13-cv-00243-D)

---

Submitted: April 23, 2015          Decided: April 27, 2015

---

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Courtnay T. Brissett, Ladwin Brissett, Appellants Pro Se.
Christopher Wayne Jones, Jesse Andrew Schaefer, WOMBLE CARLYLE
SANDRIDGE & RICE, PLLC, Raleigh, North Carolina; Ryal Woodall
Tayloe, WARD & SMITH, PA, Wilmington, North Carolina; Donald
Kirkman Phillips, Stuart Lee Stroud, WALLACE, MORRIS, BARWICK,
LANDIS & STROUD, PA, Kinston, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Courtnay T. Brissett and Ladwin Brissett appeal the district court's order dismissing their civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brissett v. Wells Fargo Bank, N.A., No. 4:13-cv-00243-D (E.D.N.C. Sept. 26, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED